| | | |
|---|---|---|
| To: | The Honorable Robert J. Conrad, Jr.<br>U.S. District Court Judge | **FILED**<br>CHARLOTTE, NC |
| From: | Valerie G. Debnam<br>U.S. Probation Officer | SEP 1 1 2018 |
| Subject: | Zhi Jian Li<br>Case Number: 0419 3:13CR00182- 001<br>OUT-OF-COUNTRY TRAVEL | US District Court<br>Western District of NC |
| Date: | 9/7/2018 | |



**NORTH CAROLINA WESTERN**
**MEMORANDUM**

The above referenced individual was sentenced by Your Honor on October 21, 2014, after a plea of guilty to the following: Conspiracy to Possess with Intent to Distribute Marijuana, 21 U.S.C. 846, a Class B Felony; and Conspiracy to Commit Money Laundering, 18 U.S.C. 1956 (h), a Class C Felony. The offender was sentenced to seventy (70) months incarceration and to be followed by a four (4) year term of supervised release. A $200 special assessment was imposed.

The purpose of this letter is to advise the offender has requested permission to travel internationally to France from October 11, 2018 through October 15, 2018. The offender is traveling with his girlfriend who is paying for the trip.

On December 14, 2017, his term of supervision commenced in Eastern District of New York. To date, he has appeared compliant with all the conditions of supervision. He has been gainfully employed for Fortune Plus Trading located in Brooklyn, NY. The offender has maintained a drug free lifestyle and a stable residence. The special assessment has been satisfied. Due to his compliance, the offender has been supervised in the Low Intensity Unit.

There have been no known incidents or noncompliance. It is recommended that Mr. Li be allowed to travel to France long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: September 7, 2018

*Robert J. Conrad* (signature)

Robert J. Conrad, Jr.
United States District Judge